1
2
3
4

**Entered on Docket
September 10, 2009**

_Bruce A. Markell_
_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

5
6

7    PITE DUNCAN, LLP
     STEVEN W. PITE (NV Bar #008226)
8    JACQUE A. GRUBER (NV Bar #11385)
     4375 Jutland Drive, Suite 200
9    P.O. Box 17933
     San Diego, CA 92177-0933
10   Telephone: (858) 750-7600
     Facsimile: (619) 590-1385
11   E-mail:  ecfnvb@piteduncan.com

12   ABRAMS & TANKO, LLLP
     MICHELLE L. ABRAMS (NV Bar #005565)
13   3085 S. Jones Blvd., Suite C
     Las Vegas, NV 89146
14

15   Attorneys for  Secured Creditor CITIBANK, N.A., AS TRUSTEE FOR
                     CERTIFICATEHOLDERS, OF BEAR STEARNS ASSET BACKED
                     SECURITIES TRUST 2007-SD2, ASSET BACKED CERTIFICATES, SERIES
16                   2007-SD2

17                   UNITED STATES BANKRUPTCY COURT

18                        DISTRICT OF NEVADA

19   In re                                    Bankruptcy Case No. BK-S-09-22236-BAM
                                               Chapter 7
20   ANDREA DUTTON  AND JOHN P.
     DUTTON ,                                  CITIBANK, N.A., AS TRUSTEE FOR
21                                             CERTIFICATEHOLDERS, OF BEAR
                                               STEARNS ASSET BACKED SECURITIES
22          Debtor(s).                         TRUST 2007-SD2, ASSET BACKED
                                               CERTIFICATES, SERIES 2007-SD2'S
23                                             ORDER VACATING AUTOMATIC STAY
                                               Date:   September 1, 2009
24                                             Time:  1:30 P.M.
25

26          A hearing on Secured Creditor Citibank, N.A., as Trustee for Certificateholders,

27   of Bear Stearns Asset Backed Securities Trust 2007-SD2, Asset Backed Certificates, Series

28   2007-SD2's Motion for Relief From the Automatic Stay came on regularly for hearing in the

United States Bankruptcy Court before the Honorable Bruce A. Markell.

The court having duly considered the papers and pleadings on file herein and being fully advised thereon and finding cause therefor:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay of Title 11 U.S.C. Section 362 is hereby terminated as it applies to the enforcement by Secured Creditor, of all its rights in the subject property, generally described as 2291 Chestnut Ranch Avenue, Henderson, Nevada 89052, and legally described as follows:

SEE   LEGAL   DESCRIPTION   ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

APPROVED/DISAPPROVED
_____
WILLIAM A. LEONARD
TRUSTEE

/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.
/./.

1   ALTERNATIVE METHOD re: RULE 9021:

2   In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

3   ☐        The court has waived the requirement of approval under LR 9021.

4   ☐        No parties appeared or filed written objections, and there is no trustee appointed in the

5   case.

6   ☒        I have delivered a copy of this proposed order to all counsel who appeared at the hearing,

7   any unrepresented parties who appeared at the hearing, and any trustee appointed in this case,

8   and each has approved or disapproved the order, or failed to respond, as indicated below [list

9   each party and whether the party has approved, disapproved, or failed to respond to the

10  document]:

11  ☐        Approved. - Debtor(s)/Debtor(s)' Attorney/Trustee

12  ☐        Disapproved. - Debtor(s)/Debtor(s)' Attorney/Trustee

13  ☒        Failed to respond. - Trustee

14                                                                              ###

15  Submitted by:

16  /s/ Jacque A. Gruber
    4375 Jutland Drive, Suite 200
17  P.O. Box 17933
    San Diego, CA 92177-0933
18  (858) 750-7600
    NV Bar 11385
19  Attorney for CITIBANK, N.A.,
20  AS TRUSTEE FOR
    CERTIFICATEHOLDERS, OF
21  BEAR STEARNS ASSET
    BACKED SECURITIES
22  TRUST 2007-SD2, ASSET
    BACKED CERTIFICATES,
23  SERIES 2007-SD2

24

25

26

27

28

Form No. 3301 (6/00)
Short Form Commitment, EAGLE
SE-24 MO

## Exhibit "A"

The land referred to in this policy is situated in the **STATE OF NEVADA, COUNTY OF CLARK, CITY OF HENDERSON**, and described as follows:

PARCEL I:

LOT ONE HUNDRED TWENTY-THREE (123) IN BLOCK SIX (6) OF FINAL MAP OF SUNRIDGE SUMMIT MANOR, A PLANNED DEVELOPMENT AND COMMON INTEREST COMMUNITY AS SHOWN BY MAP THEREOF ON FILE IN BOOK 113 OF PLATS, PAGE 95 IN THE OFFICE OF THE COUNTY RECORDERS OFFICE, CLARK COUNTY, NEVADA AND AS AMENDED BY CERTIFICATE OF AMENDMENT RECORDED FEBRUARY 11, 2004 IN BOOK 20040211 AS DOCUMENT NO. 01286, OFFICIAL RECORDS.

PARCEL II:

A NON-EXCLUSIVE EASEMENTS OF INGRESS, EGRESS AND USE OF THE COMMON ELEMENTS AND PRIVATE STREETS AS SET FORTH AND SUBJECT TO THE COVENANTS, CONDITIONS AND RESTRICTIONS OF SUNRIDGE MANOR/SUMMIT MANOR RECORDED JANUARY 14, 2004 IN BOOK 20040114 AS DOCUMENT NO. 02929 IN THE OFFICE OF THE COUNTY RECORDER IN CLARK COUNTY, NEVADA.

APN # 178-31-815-055